UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANA MARIA VILLARREAL, Plaintiff, v. COMMISSIONER OF SOCIAL SECURITY, Defendant. | Case No. CV 17-4682 JAK(JC) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the March 9, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the decision of the Commissioner of Social Security is affirmed; and (2) Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment on plaintiff and counsel for defendant.

DATED: April 27, 2018

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE