UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA VILLARREAL, | Case No. CV 17-4682 JAK(JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: April 27, 2018

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE